FILED
JUN 07 2019
Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 19-42-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR SUMMONS |
| DELWIN PAUL CALFLOOKING, SR., | |
| Defendant. | |

Upon unopposed request of the United States to issue a Summons in this case, and for good cause shown, IT IS ORDERED that the Clerk of Court issue a Summons for the defendant to make an appearance and enter a plea to the Indictment which was filed on June 5, 2019.

DATED this 7th day of June, 2019.

John T. Johnston
United States Magistrate Judge

1